IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLIN
CHARLOTTE DIVISION
CIVIL ACTION NO.3:07MJ0016

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| DONALD ALFRED DUNCAN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice Admission" (document #3) of defense counsel Stephen M. Joseph. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: February 6, 2007

Carl Horn, III
United States Magistrate Judge